IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01411-REB-BNB

SUSAN SLADE, and
ANTHONY SLADE,

Plaintiffs,

v.

ROGER KOESTER,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion to Amend Caption to Reflect Proper Spelling of Defendant's Surname** [docket no. 3, filed July 26, 2006] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and Clerk of the Court is directed to accept the attached Amended Complaint for filing.

　　IT IS FURTHER ORDERED that the caption is amended as it appears in this Order with defendant's last name beginning with a "K."


DATED:  July 27, 2006