**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01411-REB-BNB

SUSAN SLADE and
ANTHONY SLADE,

    Plaintiffs,

v.

ROGER ROESTER,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before the court is the **Stipulation for Dismissal With Prejudice** [#21], filed December 27, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#21], filed December 27, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for January 7, 2008, is **VACATED**; and

-2-

4. That the jury trial set to commence January 28, 2008, is **VACATED**.

Dated December 28, 2006, at Denver, Colorado.

              **BY THE COURT:**

              **s/ Robert E. Blackburn**
              **Robert E. Blackburn**
              **United States District Judge**